**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Saturn Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1219452** |

4. **Debtor's address**

**Principal place of business**

**4701 Lydell Road**
**Cheverly, MD 20781**
Number, Street, City, State & ZIP Code

**Prince Georges**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor **Saturn Corporation**                                              Case number (*if known*) _____
          Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship to you _____

District _____  When _____  Case number, if known _____

---

Debtor     **Saturn Corporation**

Case number *(if known)* _____

Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Saturn Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/28/2016**
                MM / DD / YYYY

**X** **/s/ Fielding W. Yost**                    **Fielding W. Yost**
Signature of authorized representative of debtor    Printed name

Title    President

---

**18. Signature of attorney**

**X** **/s/ Gary H. Leibowitz**                    Date   **02/28/2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Gary H. Leibowitz**
Printed name

**Cole Schotz P.C.**
Firm name

**300 E. Lombard Street, Suite 1450**
**Baltimore, MD 21202**
Number, Street, City, State & ZIP Code

Contact phone    **410-230-0660**        Email address    gleibowitz@coleschotz.com

**24717 Maryland**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Saturn Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/28/2016**              X **/s/ Fielding W. Yost**
                                              Signature of individual signing on behalf of debtor

                                              **Fielding W. Yost**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Saturn Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aetna PO Box 7247-0221 Philadelphia, PA 19170-0221 | (800) 872-3862 | Insurance | | | | $20,321.30 |
| American Express PO Box 1270 Newark, NJ 07101-1270 | (800) 528-4800 | Credit Card | | | | $7,139.11 |
| Brady, Renner & Company 33233 Superior Lane Suite B Bowie, MD 20715 | (301) 249-0703 | Accountant | | | | $12,929.50 |
| Dell Business Credit Payment Process Center PO Box 5275 Carol Street, IL 61970-5275 | (866) 413-3355 | Trade | | | | $6,466.81 |
| Experian Marketing Solutions, LLC QAS 21221 Network Place Chicago, IL 60673-1212 | (844) 747-1667 | Trade | | | | $21,917.06 |
| Fielding Yost 4701 Lydell Road Hyattsville, MD 20781 | (301) 772-4510 | Loan | | | | $42,440.93 |
| Firstlogic Solutions 3235 Satellite Boulevard Suite 300 Duluth, GA 30096 | (678) 256-2900 | Trade | | | | $17,100.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Saturn Corporation**                                        Case number *(if known)* _____
                 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Foley & Lardner 300 K Street NW, Suite 500 Washington, DC 20007-5109** | **(202) 672-5300** | **Attorneys** | | | | **$14,829.91** |
| **Hasler, Inc. P.O. Box 30193 Tampa, FL 33630-3193** | **(800) 995-2035** | **Trade** | | | | **$75,997.21** |
| **Heartland Direct International ONB Bank Lockbox #46 4807 E. 91st Street Tulsa, OK 74137** | **(800) 480-4284** | **Trade** | | | | **$5,587.60** |
| **Image Access Corp 22 Pairs Ave Suite 210 Northvale, NJ 07647** | **(201) 342-7878** | **Trade** | | | | **$5,850.00** |
| **Intersystems Corporation P. O. Box 84-5809 Boston, MA 02284-5809** | **(703) 748-0202** | **Trade** | | | | **$13,372.43** |
| **JACJLC Consulting 122 Jacobs Ladder Dahlonega, GA 30533** | **(888) 810-8301** | **Consulting** | | | | **$15,130.25** |
| **Level 3 f/k/a TW Telecom P.O. Box 910182 Denver, CO 80291-0182** | **(877) 253-8353** | **Trade** | | | | **$5,959.53** |
| **National Catholic Dev. Conf. 86 Front Street Hempstead, NY 11550** | **(202) 637-0470** | **Trade** | | | | **$4,850.00** |
| **Potomac Electric Company P. O. BOX 13608 Philadelphia, PA 19101** | **(617) 364-0400** | **Utility** | | | | **$7,720.39** |
| **Potomac Electric Company P. O. BOX 13608 Philadelphia, PA 19101** | **(617) 364-0400** | **Utility** | | | | **$7,526.79** |

Debtor  **Saturn Corporation**
       Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Potomac Realty Investors, LLC 4701 Lydell Road Hyattsville, MD 20781** | **(410) 381-4264** | Landlord | | | | $20,000.00 |
| **Summit Business Technologies 8223 Cloverleaf Drive Suite 100 Millersville, MD 21108** | **(410) 987-5914** | Trade | | | | $129,067.76 |
| **Zip Mailing Services 6304 Sheriff Road Suite Z Hyattsville, MD 20785-4361** | **(301) 386-3633** | | | | | $5,335.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re  **Saturn Corporation**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fielding W. Yost**<br>**603 Traveller Court**<br>**Lothian, MD 20711** | | **95** | **Equity** |
| **Jon Yost**<br>**122 Jacobs Ladder**<br>**Dahlonega, GA 30533** | | **2.5** | **Equity** |
| **Thomas Yost**<br>**603 Traveller Court**<br>**Lothian, MD 20711** | | **2.5** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 28, 2016**

Signature  **/s/ Fielding W. Yost**

**Fielding W. Yost**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    __Saturn Corporation__            Case No.

                            Debtor(s)       Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Saturn Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

__February 28, 2016__
Date

__/s/ Gary H. Leibowitz__
__Gary H. Leibowitz (No. 24717)__
Signature of Attorney
Counsel for    __Saturn Corporation__
__Cole Schotz P.C.__
__300 E. Lombard Street, Suite 1450__
__Baltimore, MD 21202__
__410-230-0660 Fax:410-230-0667__

**UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**
**OF SATURN CORPORATION**

The undersigned (the "Directors"), being all of the Board of Directors of Saturn Corporation, a Maryland corporation (the "Corporation"), in accordance with the applicable provisions of laws of Maryland and the Bylaws of the Corporation, duly adopted the following Resolutions (the "Resolutions") at a meeting held on February 28, 2016 and such Resolutions have not been amended or rescinded and are now in full force and effect:

1.      RESOLVED, that in the judgment of the Directors, it is desirable and in the best interests of the Corporation, its creditors, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

2.      RESOLVED, that Fielding Yost and Carolyn Yost, together the "Authorized Officers," individually, each are hereby authorized and empowered on behalf of, and in the name of, the Corporation to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maryland (the "Bankruptcy Court") at such time as said Authorized Officer executing the same shall determine, in his or her business judgment, and in such form or forms as such Authorized Officer may approve;

3.      RESOLVED, that the Authorized Officers hereby are authorized to retain the law firm of Cole Schotz P.C., 300 E. Lombard Street, Suite 1450, Baltimore, Maryland 21202, as bankruptcy counsel for the Corporation in connection with the prosecution of the Corporation's case under chapter 11 of the Bankruptcy Code;

4.      RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officers or the Corporation's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of the chapter 11 case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any postpetition financing facility for itself, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

5.      RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized to employ and retain other legal counsel, financial advisors, claims agents, accountants and other professionals, to advise and assist the Corporation in connection with its case under chapter 11 of the Bankruptcy Code, as the Authorized Officers may deem necessary or appropriate to achieve a successful reorganization of the Corporation;

1

6. RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions to make, sign, execute, acknowledge and deliver any and all such agreements, affidavits, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

7. RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of, and in the name of, the Corporation to execute any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time and on such terms as said Authorized Officer executing the same shall determine, based on his or her business judgment, and with the advice of the Corporation's professional advisors;

8. RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions and any chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof;

9. RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officers of the Corporation on its behalf; such actions are hereby ratified and confirmed in their entirety;

10. RESOLVED, that these Resolutions may be executed in counterparts, each of which shall be deemed an original but all of which counterparts shall constitute one consent.

40000/0703-12845020v1
February 28, 2016

WITNESS our signatures on the day and year first above written.

**DIRECTORS:**

/s/ Fielding W. Yost                                              02/28/2016
Fielding W. Yost                                                 Date


/s/ Carolyn Yost                                               02/28/2016
Carolyn Yost                                                      Date

40000/0703-12845020v1
February 28, 2016

# United States Bankruptcy Court
## District of Maryland

In re    __Saturn Corporation__ _____

                                Debtor(s)

Case No. _____

Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the   of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __02/28/2016__ _____

/s/ Fielding W. Yost
_____
**Fielding W. Yost**
President

360 Equipment
300 Beardsley Lane
Building D, Suite 201
Austin, TX 78746


Action Courier
PO Box 23380
Alexandria, VA 22304


ADP Nederland BV
K.P. van der Mandellelaan 9-35
3062 MB Rotterdam
Postbus 4065, 3006 AB Rotterdam


ADP, LLC
1851 N. Reseler Drive MS-600
El Paso, TX 79912


Aetna
PO Box 7247-0221
Philadelphia, PA 19170-0221


American Express
PO Box 1270
Newark, NJ 07101-1270


Andrew Cooch, Esquire
Cooch & Bowers, P.A.
Progressive Title Corporation
1460 Ritchie Highway, Suite 212
Arnold, MD 21012


AT&T Mobility
P.O. Box 536216
Atlanta, GA 31156-6216


Bay Climate Control
PO Box 1435
White Plains, MD 20695


Brady, Renner & Company
33233 Superior Lane
Suite B
Bowie, MD 20715

Bridge Conference
11709 Bowman Green Drive
Reston, VA 20190


BSL-Gem/Laser Express LLC
45929 Maries Road
Suite 18
Sterling, VA 20166


Capitol Document Solutions
12115 Parklawn Drive
Suite L
Rockville, MD 20852


Complete Payment Recovery Service Inc.
Claims Accounting
PO Box 30272
Tampa, FL 33630-3272


Comptroller of Maryland
80 Calvert Street
PO Box 466
Annapolis, MD 21404-0466


Consumer Preference Services
General Post Office
PO Box 26491
New York, NY 10087-6491


Corporation Service Company
PO Box 13397
Philadelphia, PA 19101-3397


Dell Business Credit
Payment Process Center
PO Box 5275
Carol Street, IL 61970-5275


Direct Marketing Assoc. of Washington
11709 Bowman Green Drive
Reston, VA 20190-3501


Direct Marketing Association
PO Box 505228
Saint Louis, MO 63150-5228

Disney Destinations LLC
Guest Service
PO Box 10040
Orlando, FL 32830


Experian Marketing Solutions, LLC
QAS
21221 Network Place
Chicago, IL 60673-1212


Fielding Yost
4701 Lydell Road
Hyattsville, MD 20781


Firstlogic Solutions
3235 Satellite Boulevard
Suite 300
Duluth, GA 30096


Foley & Lardner
300 K Street NW, Suite 500
Washington, DC 20007-5109


Gladys Torres Cuberos
Delistraat 46 HS
1094 CX Amsterdam
NL - The Netherlands


Hasler, Inc.
P.O. Box 30193
Tampa, FL 33630-3193


Heartland Direct International
ONB Bank Lockbox #46
4807 E. 91st Street
Tulsa, OK 74137


Image Access Corp
22 Pairs Ave
Suite 210
Northvale, NJ 07647


Interior Plantscapes, Inc.
8750-14 Cherry Lane
Laurel, MD 20707

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326


Intersystems Corporation
P. O. Box 84-5809
Boston, MA 02284-5809


JACJLC Consulting
122 Jacobs Ladder
Dahlonega, GA 30533


Level 3 f/k/a TW Telecom
P.O. Box 910182
Denver, CO 80291-0182


LK Solutions, Inc.
13 Dove Tree Court
Indian Head, MD 20640


Mail Finance
25881 Network Place
Chicago, IL 60673-1258


Marisa Roodhuizen
Orteliuskade 8 III
1057 AA Amsterdam
NL - The Netherlands


National Catholic Dev. Conf.
86 Front Street
Hempstead, NY 11550


Nonprofit Times
201 Littleton Road 2nd Floor
Morris Plains, NJ 07950


Officeteam
12400 Collectiions Center Drive
Chicago, IL 60693

Padco Financial Services, Inc.
1328 Main Street
Crete, IL 60417-2131


Pawnee Leasing
700 Centre Avenue
Fort Collins, CO 80526


Pitney Bowes Corporation
P.O. Box 371896
Pittsburgh, PA 15250-7896


Potomac Electric Company
P. O. BOX 13608
Philadelphia, PA 19101


Potomac Realty Investors, LLC
4701 Lydell Road
Hyattsville, MD 20781


Premium Assignment
P.O. Box 8000
Tallahassee, FL 32314-8000


Prince George's County
P.O. Box 17578
Baltimore, MD 21297-1578


Prudential Financial
P.O. Box 7390
Philadelphia, PA 19176-7390


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Republic Services f/k/a Allied Waste
300 Ritchie Road
Capitol Heights, MD 20743-3614

Roy Kiser
4335 Jared's Walk
Huntingtown, MD 20639


Safeguard Shredding
Attn: Account Receivable
P.O. Box 3219
Oakton, VA 22124


Sage Software
Attn: Customer Care Dept
P.O. Box 849887
Dallas, TX 75284-9887


Sap America, Inc.
P.O. Box 7780-824024
Philadelphia, PA 19182-4024


Skyline Metro DC
Attn: Dan O'Hara
44225 Mercure Suite 110
Sterling, VA 20166


Steve Riddle
19 Graham Road
West Bromwich
West Midlands, B71 4ED
England


Summit Business Technologies
8223 Cloverleaf Drive
Suite 100
Millersville, MD 21108


T-Mobile Wireless
P, O. Box 742596
Cincinnati, OH 45274-2596


Thomas Ross
816 sunny Chapel Road
Odenton, MD 21113


Town of Cheverly
6401 Forest Road
Hyattsville, MD 20785

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170


UPS Capital
280 Trumbull Street
Suite 44
Hartford, CT 06103-3599


Vishnue Anand
8045 West Gate
Severn, MD 21144


Vision Financial Group
P.O. Box 634622
Cincinnati, OH 45263-4622


Wayne Wyvill
5412 Rapidan Court
Lothian, MD 20711


YRC Freight
P.O. Box 93151
Chicago, IL 60673-3151


Zip Mailing Services
6304 Sheriff Road Suite Z
Hyattsville, MD 20785-4361