# Exhibit A

PAGE1 OF 1  vendors to be paid.xls
2/28/2016

**Saturn CORPORATION**

## ACCOUNTS PAYABLE

| | 3 WEEKS CASH NEED |
|---|---:|
| PAYROLL **(AVG 15,500 per week)** | 46,500.00 |
| PAYROLL TAXES **(AVG 6,500 per week)** | 19,500.00 |
| TRANSAMERICA | 2,895.32 |
| ADP NEDERLANDS (**251.10 EURO**) | 272.72 |
| EMPLOYEE EXPENSES (UK) | 950.00 |
| EMPLOYEE EXPENSES (NL) | 4,671.66 |
| SAIL PAYROLL CO. **(80.00 GBP)** | 100.00 |
| UK PAYROLL (3 EMPLOYEES) | 22,900.00 |
| NL PAYROLL (2 EMPLOYEES) | 18,300.00 |
| POTOMAC - RENT | 10,000.00 |
| PREMIUM ASSIGNMENT CORP. | 1,331.10 |
| HANOVER INSURANCE | 637.75 |
| CAREFIRST BLUE CROSS | 36,246.36 |
| 360 EQUIPMENT **(DD 15th)** | 922.50 |
| ADP - MONTHLY INVOICE | 1,812.25 |
| ALLIED WASTE | 825.84 |
| AT&T MOBILITY | 315.00 |
| EMPLOYEE EXPENSES (US) | 7,289.17 |
| HASLER | 20,000.00 |
| INTERSYSTEMS CORPORATION | 4,452.98 |
| JACJL CONSULTING | 3,500.00 |
| MAIL FINANCE | 868.92 |
| PADCO #**20321-20323** **(DD15th)** | 2,693.64 |
| PAWNEE #**339094** **(DD 1st)** | 1,965.78 |
| PITNEY BOWES PURCHASE POWER | 899.81 |
| POTOMAC ELECTRIC (PEPCO) | 2,500.00 |
| POTOMAC ELECTRIC (PEPCO, Utility Deposit) | 2,500.00 |
| PRUDENTIAL INSUR **(7th OF MONTH)** | 2,940.30 |
| SAGE SOFTWARE**(7th OF MONTH)** | 249.49 |
| TW TELECOM | 2,000.00 |
| T-MOBILE WIRELESS | 169.00 |
| UNITED PARCEL SERVICE | 1,582.54 |
| | 221,792.13 |